IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| QWANELL SUPERIEA JONES, ) <br> No. 84385, ) <br> ) <br>                 Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MADISON COUNTY JAIL, ) <br> ) <br>                 Respondent. ) | CASE NO. 14-CV-00089-DRH |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

    Quanell Superiea Jones is being held in the Madison County Jail. On January 27, 2014, Jones filed a form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). Although the caption of the petition is filled out, the form contains no arguments or other information; it is not even signed. In addition, no filing fee or application to proceed as a pauper was submitted. On January 27, 2014, Jones simultaneously filed a detailed, signed civil rights complaint pursuant to 42 U.S.C. § 1983 (*Jones v. Ford*, No. 14-cv-00096-JPG (S.D. Ill. Jan. 27, 2014)).

    Because the petition fails to state any ground for relief and it is not signed, as required by Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts, the petition will be dismissed. Apparently, the habeas petition was filed in error; therefore dismissal will be without prejudice and no fee will be assessed.

**IT IS THEREFORE ORDERED** that Jones' petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall administratively **CLOSE** this case.

**IT IS SO ORDERED.**

**Signed this 28th day of January, 2014.**

Digitally signed by
David R. Herndon
Date: 2014.01.28
15:49:17 -06'00'

**Chief Judge
United States District Court**